152 A.3d 761

**MILLER**

v.

**MD. HEALTH INSURANCE PLAN**

**Pet. Docket No. 448, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 124, Sept. Term, 2015)

Petition for writ of certiorari denied

152 A.3d 761

**MONBO**

v.

**AVALONBAY COMMUNITIES**

**Pet. Docket No. 408, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

(No. 03–C–16–001377, Circuit Court for Baltimore County.)

Petition for writ of certiorari denied